UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Donald L Thomas  
    Victoria L Thomas  
        Debtor(s)

Case No. 14 B 20134

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/29/2014.

2) The plan was confirmed on 08/26/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 04/07/2015.

6) Number of months from filing to last payment: 10.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $1,690.37 |
| Less amount refunded to debtor | $276.92 |

**NET RECEIPTS:** $1,413.45

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $683.57 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $49.88 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $733.45

Attorney fees paid and disclosed by debtor: $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Advocate Christ Medical Center | Unsecured | 12,420.00 | NA | NA | 0.00 | 0.00 |
| Advocate Home Care Products | Unsecured | 417.00 | NA | NA | 0.00 | 0.00 |
| Advocate Home Care Products | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group, SC | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 1,000.00 | 972.00 | 972.00 | 0.00 | 0.00 |
| Amerimark | Unsecured | NA | 506.31 | 506.31 | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 0.00 | 5,025.38 | 5,025.38 | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 233.00 | 123.93 | 123.93 | 0.00 | 0.00 |
| Ashro | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Ashro Lifestyle | Unsecured | 500.00 | 676.60 | 676.60 | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 253.00 | 252.19 | 252.19 | 0.00 | 0.00 |
| ATG Credit | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| ATG Credit | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Choice Recovery | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 396.00 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Control, LLC | Unsecured | 535.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Co | Unsecured | 0.00 | 1,100.43 | 1,100.43 | 0.00 | 0.00 |
| Direct Buy Remodelers, Inc. | Unsecured | 433.00 | NA | NA | 0.00 | 0.00 |
| Discover Bank | Unsecured | 3,100.00 | 3,099.66 | 3,099.66 | 0.00 | 0.00 |
| Escallate LLC | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| Ford Motor Credit Company LLC | Unsecured | 9,434.00 | 10,643.47 | 10,643.47 | 0.00 | 0.00 |
| LCMH Hospitalist Group | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| Little Company of Mary Hosp. | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Lou Harris | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| Mason | Unsecured | 183.00 | 101.94 | 101.94 | 0.00 | 0.00 |
| Massey's | Unsecured | 92.00 | 195.55 | 195.55 | 0.00 | 0.00 |
| MBB | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| Mercy Hospital & Medical Ctr. | Unsecured | 9,000.00 | NA | NA | 0.00 | 0.00 |
| Mercy Hospital & Medical Ctr. | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Mercy Physician Billing | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| Midland Orthopedic Associates | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| Monroe & Main | Unsecured | 500.00 | 252.71 | 252.71 | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 1,125.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,978.00 | 848.67 | 848.67 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 861.00 | 861.29 | 861.29 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 939.00 | 939.03 | 939.03 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 1,334.00 | 1,334.29 | 1,334.29 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 1,793.00 | 1,793.25 | 1,793.25 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 440.00 | 440.04 | 440.04 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 857.00 | 857.18 | 857.18 | 0.00 | 0.00 |
| Ridgeland Foot Clinic | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| Sears/CBNA | Unsecured | 987.00 | NA | NA | 0.00 | 0.00 |
| Senex Services Corp | Unsecured | 355.00 | 928.59 | 928.59 | 0.00 | 0.00 |
| Senex Services CORP | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| SKO Brenner American, Inc. | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Social Security Administration | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| Southwest Orthopedics, S.C. | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Secured | 3,122.00 | 1,989.63 | 1,989.63 | 0.00 | 0.00 |
| Village of Skokie | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| Webbank/Fingerhut | Unsecured | 1,174.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank | Unsecured | NA | 1,022.54 | 1,022.54 | 0.00 | 0.00 |
| Wells Fargo Bank | Secured | 5,054.73 | 5,054.73 | 5,054.73 | 680.00 | 0.00 |
| Wells Fargo Bank | Secured | 1,692.14 | 1,692.14 | 1,692.14 | 0.00 | 0.00 |
| Wells Fargo Bank | Secured | 35,396.00 | 34,097.13 | 34,097.13 | 0.00 | 0.00 |
| Wffnatbank | Unsecured | 5,966.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $34,097.13 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,692.14 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $1,989.63 | $0.00 | $0.00 |
| All Other Secured | $5,054.73 | $680.00 | $0.00 |
| **TOTAL SECURED:** | **$42,833.63** | **$680.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$31,975.05** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $733.45 |
| Disbursements to Creditors | $680.00 |
| **TOTAL DISBURSEMENTS** : | **$1,413.45** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/24/2015                             By: /s/ Marilyn O. Marshall
                                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**